457 A.2d 569

**COMMONWEALTH of Pennsylvania**

v.

**Albert Wayne RUDY, Appellant.**

Superior Court of Pennsylvania.

Submitted March 23, 1982.

Filed March 11, 1983.

Allen E. Hench, Newport, for appellant.

R. Scott Cramer, Assistant District Attorney, Duncannon, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

## ORDER

PER CURIAM:

Following compliance by the court below with our Order entered September 3, 1982, 304 Pa.Super. 64, 450 A.2d 102, the order of the court below dated November 1, 1982 and its Memorandum Opinion of December 3, 1982 are hereby affirmed.